PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Aug 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL CORTEZ LEMUS<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cr-00169 KJM<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Alstyn Bennett to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: August 4, 2022

　　　　　　　　　　　　　　　　　　HONORABLE JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　United States Magistrate Judge