PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CORTEZ LEMUS,<br><br>Defendant. | CASE NO. 2:22-CR-00169-TLN<br><br>ORDER FOR LIMITED UNSEALING AND DISCLOSURE<br><br>**UNDER SEAL** |

Upon application of the United States for an order authorizing the limited unsealing of a copy of the Indictment and arrest warrant as to Defendant Daniel Cortez Lemus,

IT IS ORDERED that the Indictment and arrest warrant in the above-captioned case, as to defendant Daniel Cortez Lemus, be partially unsealed. The United States shall be permitted to disclose the Indictment and arrest warrant to law enforcement and other government personnel, including those of a foreign government, as necessary to assist int eh location, apprehension, and extradition of the defendant to the United States. For all other purposes, the Indictment and arrest warrant in this case shall remain sealed.

/ / /

/ / /

/ / /

[PROPOSED] ORDER FOR LIMITED UNSEALING AND
DISCLOSURE

1   IT IS FURTHER ORDERED that the United States' Motion and this Order be sealed, and that
2   certified copies of this Order be provided by the Clerk of Court to the United States Attorney's Office.
3   Dated:  October 13, 2022October 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE