The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DANIEL CORTEZ LEMUS,<br><br>   Defendant. | Case Number:  2:22-cr-169 TLN<br><br>**STIPULATION AND ORDER** |

    Defendant, Daniel Cortez Lemus, by and through its counsel of record, and Plaintiff, by and through Plaintiff's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 11, 2024.

2. By this stipulation, defendant now moves to continue the status conference until July 11, 2024, at 9:30 a.m., and to exclude time between April 11, 2024, and July 11, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, criminal history documents, photographs, search warrants, audio/video recordings, and T-III materials and interceptions totaling over 125 gb.

1

(b) All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c) Counsel for defendant desires additional time to review and copy discovery for this matter, consult with his client, review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2024 to July 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

|  |  |
|---|---|
| IT IS SO STIPULATED. | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: April 5, 2024 | /s/ ALSTYN BENNETT<br>ALSTYN BENNETT<br>Assistant United States Attorney |
|  | /s/ OLAF W. HEDBERG<br>Olaf W. Hedberg<br>Counsel for Defendant<br>DANIEL CORTEZ LEMUS |

**IT IS SO ORDERD.**

DATED:  April 9, 2024

_____
Troy L. Nunley
United States District Judge