PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00169-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DANIEL CORTEZ LEMUS, | DATE: July 11, 2024 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 11, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until November 7, 2024, at 9:30 am, and to exclude time between July 11, 2024, and November 7, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Defendant made his initial appearance on January 12, 2024.  ECF 10.

b)      The government has represented that the discovery associated with this case includes investigative reports, criminal history documents, photographs, search warrants, audio/video recordings, and T-III materials and interceptions totaling over 125 gb.

c)        All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

d)        Counsel for defendant desires additional time to review and copy discovery for this matter, consult with his client, review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

e)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)        The government does not object to the continuance.

g)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2024 to November 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  July 8, 2024                     PHILLIP A. TALBERT
                                              United States Attorney

8
                                              /s/ DAVID W. SPENCER
9                                             DAVID W. SPENCER
                                              Assistant United States Attorney
10

11
     Dated:  July 8, 2024                     /s/ OLAF W. HEDBERG
12                                            OLAF W. HEDBERG
                                              Counsel for Defendant
13                                            DANIEL CORTEZ LEMUS

14

15

16                              **ORDER**

17        IT IS SO FOUND AND ORDERED this 8th day of July, 2024.

18

19

20

21                                            Troy L. Nunley
                                              United States District Judge
22

23

24

25

26

27

28