PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
ALSTYN BENNETT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CORTEZ LEMUS,<br><br>Defendant. | CASE NO. 2:22-CR-00169-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 7, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 7, 2024.

2. By this stipulation, defendant now moves to continue the status conference until January 30, 2025, at 9: 30 a.m., and to exclude time between November 7, 2024, and January 30, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, criminal history documents, photographs, search warrants, audio/video recordings, and T-III materials and interceptions totaling over 125 gb.

    b) All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

      c)      Counsel for defendant desires additional time to review and copy discovery for this matter, consult with his client, to conduct investigation and research related to the charges and sentencing mitigation, and to otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 7, 2024 to January 30, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 4, 2024				PHILLIP A. TALBERT
							United States Attorney

							/s/ ALSTYN BENNETT
							ALSTYN BENNETT
							Assistant United States Attorney

Dated:  November 4, 2024				/s/ OLAF W. HEDBERG
							OLAF W. HEDBERG
							Counsel for Defendant
							DANIEL CORTEZ LEMUS

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of November 2024.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE