1  MICHELE BECKWITH
   Acting United States Attorney
2  ALSTYN BENNETT
   DAVID W. SPENCER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:22-CR-00169-TLN

12                    Plaintiff,             STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                               FINDINGS AND ORDER

14  DANIEL CORTEZ LEMUS,                     DATE: January 30, 2025
                                             TIME: 9:30 a.m.
15                    Defendant.             COURT: Hon. Troy L. Nunley

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on January 30, 2025.

21          2.      By this stipulation, defendant now moves to continue the status conference until April 10,

22  2025, and to exclude time between January 30, 2025, and April 10, 2025, under Local Code T4.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      Defendant made his initial appearance on January 12, 2024.  ECF 10.

25          b)      The government has represented that the discovery associated with this case

26  includes investigative reports, criminal history documents, photographs, search warrants,

27  audio/video recordings, and T-III materials and interceptions totaling over 125 gb.

28

c)    All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

d)    Counsel for defendant desires additional time to review and copy discovery for this matter, consult with his client, review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)    The government does not object to the continuance.

g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2025 to April 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 23, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney


                                            /s/ DAVID W. SPENCER
                                            DAVID W. SPENCER
                                            Assistant United States Attorney


Dated:  January 23, 2025                    /s/ OLAF W. HEDBERG
                                            OLAF W. HEDBERG
                                            Counsel for Defendant
                                            DANIEL CORTEZ LEMUS




**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of January, 2025.




Troy L. Nunley
Chief United States District Judge