MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DANIEL CORTEZ LEMUS,<br><br>                              Defendant. | CASE NO.  2:22-CR-00169-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 10, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 10, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until May 15, 2025, at 9:30 a.m., and to exclude time between April 10, 2025, and May 15, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Defendant made his initial appearance on January 12, 2024.  ECF 10.

        b)      The government has represented that the discovery associated with this case includes investigative reports, criminal history documents, photographs, search warrants, audio/video recordings, and T-III materials and interceptions totaling over 125 gb.

1    c)    All of this discovery has been either produced directly to counsel and/or made

2    available for inspection and copying.

3    d)    Counsel for defendant desires additional time to review and copy discovery for

4    this matter, consult with his client, review the current charges, to conduct investigation and

5    research related to the charges, and to otherwise prepare for trial.

6    e)    Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9    f)    The government does not object to the continuance.

10    g)    Based on the above-stated findings, the ends of justice served by continuing the

11    case as requested outweigh the interest of the public and the defendant in a trial within the

12    original date prescribed by the Speedy Trial Act.

13    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14    et seq., within which trial must commence, the time period of April 10, 2025 to May 15, 2025,

15    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

16    because it results from a continuance granted by the Court at defendant's request on the basis of

17    the Court's finding that the ends of justice served by taking such action outweigh the best interest

18    of the public and the defendant in a speedy trial.

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 7, 2025                         MICHELE BECKWITH
                                              Acting United States Attorney


                                              /s/ DAVID W. SPENCER
                                              DAVID W. SPENCER
                                              Assistant United States Attorney


Dated:  April 7, 2025                         /s/ OLAF W. HEDBERG
                                              OLAF W. HEDBERG
                                              Counsel for Defendant
                                              DANIEL CORTEZ LEMUS


                                    **ORDER**

IT IS SO FOUND AND ORDERED this 7th day of April, 2025.


                                              Troy L. Nunley
                                              Chief United States District Judge