The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>Daniel Cortez Lemus | Case Number:  2:22-cr-00169-DJC<br><br>**STIPULATION AND ORDER**<br><br>**DATE: September 4, 2025**<br>**TIME: 9:00 AM**<br>**DEPT: DJC** |

    By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David Spencer, and Defendant Daniel Cortez-Lemus, by and through his attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for September 4, 2025 at 9 a.m. to October 30, 2025 at 9 am, based on the following:

    1. By previous order, this matter was set for sentencing on September 4, 2025.

1

2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3. The parties and Officer Davis concur that the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **10/23/25**

B. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   **10/16/25**

C. The Presentence Report shall be filed with the Court And disclosed to counsel no later than:   **10/9/25**

D. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than:   **10/2/25**

E. The (draft) Presentence Report shall disclosed no later than:   **09/18/25**

IT IS SO STIPULATED.

Dated: July 16, 2025

    KIM A. SANCHEZ
    United States Attorney

    /s/ DAVID SPENCER
    DAVID SPENCER
    Assistant United States Attorney

    /s/ OLAF W. HEDBERG
    Olaf W. Hedberg
    Counsel for Defendant
    DANIEL CORTEZ LEMUS

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the September 4, 2025 sentencing hearing be continued to October 30, 2025 and the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **10/23/25**

B. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   **10/16/25**

C. The Presentence Report shall be filed with the Court And disclosed to counsel no later than:   **10/9/25**

D. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than:   **10/2/25**

E. The (draft) Presentence Report shall disclosed no later than:   **09/18/25**

It is so found and ordered this 16th day of July, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE