The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>Daniel Cortez Lemus | Case Number:  2:22-cr-00169-DJC<br><br>**STIPULATION AND ORDER**<br><br><br>**DATE: November 24, 2025**<br>**TIME: 9:00 AM**<br>**DEPT: DJC** |

     By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David Spencer, and Defendant Daniel Cortez-Lemus, by and through his attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for December 4, 2025 at 9 a.m. to January 15, 2025 at 9 am, based on the following:

     1. By previous order, this matter was set for sentencing on December 4, 2025.

2. Additional time is needed for investigation related to sentencing.. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3. The parties and Officer Davis concur that the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **1/8/26**

IT IS SO STIPULATED.

Dated: November 24, 2025

                                              ERIC GRANT
                                              United States Attorney

                                              /s/ DAVID SPENCER
                                                 DAVID SPENCER
                                              Assistant United States Attorney

                                              /s/ OLAF W. HEDBERG
                                              Olaf W. Hedberg
                                              Counsel for Defendant
                                              DANIEL CORTEZ LEMUS

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 4, 2025 sentencing hearing be continued to January 15, 2026 and the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **1/8/26**

It is so found and ordered this 24th day of November, 2025.

Dated:  November 24, 2025          /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE