ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00169-DJC |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT & SENTENCING HEARING |
| v. | DATE: January 15, 2026 |
| DANIEL CORTEZ LEMUS, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for judgment and sentencing on January 15, 2026.

2.    The parties have met and conferred and agreed that additional time is needed for factual investigation and defense preparation related to sentencing.

3.    Accordingly, the parties stipulate that sentencing shall be continued to April 16, 2026, at 9:00 a.m., and that the schedule for objections to the presentence report ("PSR") shall be adjusted as follows:

        a)    The final PSR was disclosed on November 12, 2025.

        b)    Formal objections to the final PSR shall be filed no later than March 30, 2026.

        c)    Any reply shall be filed no later than April 9, 2026.

1

IT IS SO STIPULATED.

Dated:  January 9, 2026                    DAVID SPENCER
                                           United States Attorney


                                           /s/ DAVID W. SPENCER
                                           DAVID W. SPENCER
                                           Assistant United States Attorney


Dated:  January 9, 2026                    /s/ OLAF W. HEDBERG
                                           OLAF W. HEDBERG
                                           Counsel for Defendant
                                           DANIEL CORTEZ LEMUS


**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of January, 2026.


                                           /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT COURT JUDGE

2