ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00169-DJC |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT & SENTENCING HEARING |
| v. | DATE: April 16, 2026 |
| DANIEL CORTEZ LEMUS, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on April 16, 2026.

2. The parties have met and conferred and agreed that additional time is needed for factual investigation and defense preparation related to sentencing.

3. Accordingly, the parties stipulate that sentencing shall be continued to August 13, 2026, at 9:00 a.m., and that the schedule for objections to the presentence report ("PSR") shall be adjusted as follows:

        a)    The final PSR was disclosed on November 12, 2025.

        b)    Formal objections to the final PSR shall be filed no later than July 30, 2026.

        c)    Any reply shall be filed no later than August 6, 2026.

1

IT IS SO STIPULATED.


Dated:  April 3, 2026                          DAVID SPENCER
                                               United States Attorney


                                               /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
                                               Assistant United States Attorney


Dated:  April 3, 2026                          /s/ OLAF W. HEDBERG
                                               OLAF W. HEDBERG
                                               Counsel for Defendant
                                               DANIEL CORTEZ LEMUS


## ORDER


Dated:  April 3, 2026                          /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE