ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CORTEZ LEMUS,<br><br>Defendant. | CASE NO. 2:22-CR-00169-DJC<br><br>STIPULATION TO CONTINUE JUDGMENT & SENTENCING HEARING<br><br>DATE: August 13, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on August 13, 2026.

2. The parties have met and conferred and agreed that additional time is needed for factual investigation and defense preparation related to sentencing.

3. Accordingly, the parties stipulate that sentencing shall be continued to December 10, 2026, at 9:00 a.m., and that the schedule for objections to the presentence report ("PSR") shall be adjusted as follows:

a) The final PSR was disclosed on November 12, 2025.

b) Formal objections to the final PSR shall be filed no later than November 25, 2026.

c) Any reply shall be filed no later than December 3, 2026.

IT IS SO STIPULATED.

Dated: August 4, 2026

DAVID SPENCER
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: August 4, 2026

/s/ OLAF W. HEDBERG
OLAF W. HEDBERG
Counsel for Defendant
DANIEL CORTEZ LEMUS

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of August, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE